**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7139**

---

REGINALD A. DICKS, a/k/a Reginald A. Dicks,

Plaintiff - Appellant,

versus

ARENDA THOMAS, Captain at Lee Correctional
Institution; NFN NESSMAN, Captain at Lee
Correctional Institution; CALVIN ANTHONY,
Warden of Lee Correctional Institution;
GRIEVANCE PERSONNEL,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Henry F. Floyd, District Judge.
(9:05-cv-03091-HFF)

---

Submitted: September 28, 2006          Decided: October 11, 2006

---

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Reginald A. Dicks, Appellant Pro Se.  John Evans James, III, LEE,
ERTER, WILSON, JAMES, HOLLER & SMITH, L.L.C., Sumter, South
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reginald A. Dicks seeks to appeal the district court's order affirming the magistrate judge's denial of Dicks' motion for discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Dicks seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED